**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kevin Rodgers and Christine Anderson, Defendants,

Of whom Christine Anderson is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-002240

―――――――――

Appeal From Aiken County
Vicki J. Snelgrove, Family Court Judge

―――――――――

Unpublished Opinion No. 2018-UP-254
Submitted May 14, 2018 – Filed June 8, 2018

―――――――――

**AFFIRMED**

―――――――――

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Andrew Blaine Farley, of Lexington, for Respondent.

Amy Patterson Shumpert, of Nance, McCants & Massey,
of Aiken, for the Guardian ad Litem.

---

**PER CURIAM:**  Christine Anderson appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the transcript and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Anderson's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and WILLIAMS and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.